UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. CR12-25-MJP |
| v. | **DETENTION ORDER** |
| MIKAEL PATRICK SALLNERT, | |
| Defendant. | |

Offenses charged:

> Conspiracy to Commit Wire Fraud,
> Wire Fraud and Attempted Wire Fraud,
> Accessing Protected Computer in Furtherance of Fraud, and
> Intentional Damage to a Protected Computer.

Date of Detention Hearing: March 29, 2012.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is not a citizen of the United States and was arrested outside the country and

DETENTION ORDER - 1

then extradited to face the charges filed here. He is charged with serious offenses that were committed in a sophisticated manner and which allegedly involves millions of dollars. The Court received no information about defendant's ties to the district, residence, stability in any community, employment, economic situation, health or drug and alcohol use. Defendant did not contest detention.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of March, 2012.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge